| | |
|---|---|
| RAMON RODRIGUEZ | NO. 19-CA-447 |
| VERSUS | FIFTH CIRCUIT |
| NOLA MOTOR CLUB, L.L.C. AND NEW YORK MARINE & GENERAL INSURANCE COMPANY | COURT OF APPEAL |
| | STATE OF LOUISIANA |

November 12, 2020

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Stephen J. Windhorst, and Hans J. Liljeberg

## DENIED WITHOUT REASONS

**SJW**
**HJL**

## WICKER, J., DISSENTS WITH REASONS

**FHW**

| RAMON RODRIGUEZ | NO. 19-CA-447 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| NOLA MOTOR CLUB, L.L.C. AND NEW YORK MARINE & GENERAL INSURANCE COMPANY | COURT OF APPEAL |
| | STATE OF LOUISIANA |

## WICKER, J., DISSENTS WITH REASONS

For the reasons fully stated in my dissent, I would grant appellant's motion for rehearing and reverse our original decision in this matter.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/12/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-CA-447**

### E-NOTIFIED

Office of Workers' Compensation, District 7 (Clerk)
Hon. Shannon Bruno Bishop (District Judge)
Ana Mafalda Morgado Rodrigues (Appellant)          Robert J. May (Appellee)

### MAILED

J. Casey Cowley (Appellant)
Pamela C. McLendon (Appellant)
Robert W. Goeke (Appellant)
Attorneys at Law
620 North Carrollton Avenue
New Orleans, LA 70119